# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHELLE K. STALEY,           ) | |
|                                                          ) | |
|            Plaintiff,                         ) | |
|                                                          ) | |
| vs.                                               ) | Case No. 3:19-cv-1404 |
|                                                          ) | |
| PHYLLIS A. FRY d/b/a               ) | |
| MARVIN R. FRY TRUCKING, ) | |
|                                                          ) | |
|            Defendant.                      ) | |

## COMPLAINT

NOW COMES the plaintiff, Michelle K. Staley, and for her cause of action against the defendant Phyllis A. Fry d/b/a Marvin R. Fry Trucking, states as follows:

## PARTIES

1. That the plaintiff herein, Michelle K. Staley, is and was at the time of the occurrences herein a resident of St. Louis County, Missouri and was in St. Louis County, Missouri, on September 30, 2019 when the collision herein occurred.

2. That at all times material the defendant, Phyllis A. Fry, did and continues to do business under the assumed name of Marvin R. Fry Trucking with its principal place of business in Jerseyville, Jersey County Illinois. Said defendant regularly operates in Illinois and is an active carrier operating under USDOT Number 0315329.

## JURISDICTION

3. Plaintiff brings her complaint under federal diversity jurisdiction, 28 U.S.C. 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000. Personal jurisdiction exists over the defendant as the principal place of

business for Phyllis A. Fry d/b/a Marvin R Fry Trucking lies within the Southern District, East St. Louis Division.

## FACTS

4.     That an individual, Michael D. Witt ("Witt"), was in St. Louis County in the State of Missouri at the aforesaid time and was operating a tractor trailer owned, registered and/or under the logo or ICC numbers of Marvin R Fry Trucking.

5.     That at all times relevant hereto, Witt was acting in the scope of his duties as an employee and/or agent for Phyllis A. Fry d/b/a Marvin R Fry Trucking.

6.     That at the above time in St. Louis County, Missouri the plaintiff was operating her motor vehicle in a westerly direction on St. Charles Rock Road approaching Taussig Avenue.

7.     That at the aforesaid time and place Witt was operating a tractor trailer in a southerly direction emerging from a private drive from a business known as Midwest Block and Brick located at 12901 St. Charles Rock Road attempting to enter the highway by turning left to head an easterly direction on St. Charles Rock Road.

8.     That at the aforesaid time and place the Peterbilt tractor operated by Witt bore the Illinois license plate P929034 and the open-top end-dump trailer operated by Witt bore the Illinois license plate 592 448 ST and the tractor-trailer rig operated under USDOT No. 1836322 and MC No. 6521.

9.     That based upon the above the defendant Phyllis A. Fry d/b/a Marvin R. Fry Trucking because of and through the nature of the relationship to Michael D. Witt, owed a duty to Plaintiff to operate the tractor-trailer with due regard and care for the safety of Plaintiff and others similarly situated.

10. That in violation of the aforesaid duty the defendant through Witt, committed one or more of the following negligent acts or omissions:

    a)    failed to keep a proper lookout;

    b)    failed to operate the vehicle with the highest degree of care and in a careful and prudent manner so as not to endanger the life, limb or property of any person in violation of MO Rev Stat §304.012;

    c)    failed to yield the right-of-way to all vehicles approaching on the highway when entering said highway from a private road or driveway in violation of MO Rev Stat §304.351, para.5;

11. That as a direct and proximate result of the above, the vehicle operated by Plaintiff collided with the tandem rear wheel structure of the open-top end-dump trailer operated by Witt.  Plaintiff there and then suffered severe injury to her left arm and has experienced severe pain, suffering, mental anguish and property damage.  Plaintiff has incurred and shall continue to incur medical charges.  Plaintiff has lost wages and income and such losses continue.  Plaintiff suffered loss of normal life.  Plaintiff's pain and suffering continues.  Plaintiff suffered damage to her property.  Plaintiff's injuries are such that convalescent care may be required in the future.

WHEREFORE, the plaintiff prays for a Judgment in her favor against the defendant for an amount in excess of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00) and for costs of this action.

**PLAINTIFF PRAYS FOR A TRIAL BY JURY**

Respectfully Submitted,

**WENDLER LAW, P.C.**

By: /s/   Eric D. Jackstadt
     Brian M. Wendler, #6196124
     Angie M. Zinzilieta, #6322894
     Eric D. Jackstadt, #6182825
     900 Hillsboro Ave., Suite 10
     Edwardsville, IL 62025
     Ph: (618) 692-0011
     Fax: (618) 692-0022
     wendlerlawpc@gmail.com
     *Attorneys for Plaintiff*